

NUMBER 13-18-00117-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HAYMORE ENTERPRISES D/B/A
GOLDEN CHICK,                                                      Appellant,

v.

ROBERT A. CASE,                                                     Appellee.

**On appeal from the County Court
of Bee County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion by Justice Benavides**

Haymore Enterprises d/b/a Golden Chick filed a notice of appeal regarding a judgment signed on January 25, 2018 in cause number CV5140 in the County Court of Bee County, Texas. The appellant's brief was originally due on July 2, 2018. On July 6, 2018, the Clerk of the Court notified appellant that the brief had not been timely filed

and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, appellant has not filed a response to this Court's directive or filed a brief.

Appellant has failed to either reasonably explain its failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a); *id.* R. 42.3(b).

GINA M. BENAVIDES,
Justice

Delivered and filed the
9th day of August, 2018.